therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–2152. State ex rel. Rivera v. Celebrezze.**

Cuyahoga App. No. 101684, 2014-Ohio-4940. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. The records of this court indicate that appellant has not filed a merit brief, due February 9, 2015, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Cuyahoga County.

**2015–0100. Grissom v. Ohio Adult Parole Auth.**

In Mandamus, Prohibition, and Habeas Corpus. This cause originated in this court on the filing of a complaint for writs of mandamus, prohibition, and habeas corpus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2015–0114. Westgate Ford Truck Sales, Inc. v. Ford Motor Co.**

Cuyahoga App. Nos. 101073 and 101136, 2014-Ohio-5429. Upon consideration of the motions for admission pro hac vice of Robert Foote, John A. Corr, Stephen A. Corr, James A. Pikl, Jonathan D. Hacker, and Rakesh Kilaru, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2015–0065. In re Z.H.**

Hamilton App. Nos. C–140636, C–140733, and C–140734. This cause is pending before the court as a jurisdictional appeal. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due February 23, 2015, in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.